

# Fourth Court of Appeals
## San Antonio, Texas

June 3, 2016

No. 04-16-00030-CV

Patricia A. **MAPLES**,
Appellant

v.

Royce L. **MAPLES**,
Appellee

From the 150th Judicial District Court, Bexar County, Texas
Trial Court No. 1997-CI-14007
Honorable Solomon Casseb, III, Judge Presiding

# O R D E R

Appellant's second motion for extension of time to file brief is hereby GRANTED. Time is extended to June 15, 2016.

_____
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 3rd day of June, 2016.

_____
Keith E. Hottle
Clerk of Court